Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and BMG MUSIC, a New York general partnership,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04881-JSW<br><br>Honorable Jeffrey S. White<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04881-JSW
#35086 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, *et al.*, by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID #116273349 with IP address 138.202.33.96
4  2007-01-28 03:18:53 EST, each party to bear its/his own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

6  Dated:  January 23, 2008                    HOLME ROBERTS & OWEN LLP

8                                              By:  _____*/s/ Matthew Franklin Jaksa*___
                                                    MATTHEW FRANKLIN JAKSA
9                                                   Attorney for Plaintiffs